Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0788

Hinge Tech USA, Inc. v. Chul Kim, Youngil Kim, Ji Woon Choi, and Hee Jun Ryu (Appeal from Montgomery Circuit Court: CV-17-901326).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mitchell, JJ., concur.